Argued and submitted September 10, vacated in part and remanded for reconsideration; otherwise affirmed October 20, 1993

In the Matter of the Marriage of

Terry Lynne BLUM,
*Respondent,*

*and*

Jeffrey Ralph BLUM,
*Appellant.*

(91-3064-D-2; CA A75959)

859 P2d 1204

Jacqueline L. Koch argued the cause for appellant. On the brief were Mark A. Johnson and Gevurtz, Menashe, Larson, Kurshner & Yates, P.C.

Patricia Crain argued the cause for respondent. With her on the brief was Crain, Austin & Guy.

Before Warren, Presiding Judge, and Edmonds and Landau, Judges.

PER CURIAM

## PER CURIAM

Husband appeals a dissolution judgment dividing marital property and awarding custody of the minor children to wife. We affirm the judgment with the exception of the award of child support. The award exceeded that provided by the child support guidelines, However, the trial court failed to make the findings required by ORS 25.280 and OAR 137-50-330.

We vacate the award of child support and remand to the trial court to reconsider the award and to make any necessary findings.

Award of child support vacated and remanded for reconsideration; otherwise affirmed. Costs, not including attorney fees, to father.